**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**OLIESKI CONSUEGRA MARQUEZ,**

***Petitioner*,**

**v.** **Case No. 5:26-CV-0444-JKP**

**KRISTI NOEM, et al.,**

***Respondents*.**

**ORDER OF DISMISSAL**

Before the Court is the status of this case. Petitioner commenced this case on January 26, 2025, by filing a petition for writ of mandamus. The docket of this case reveals no request for issuance of summons or any other action by Petitioner. There is no indication that Petitioner has served any respondent. Accordingly, the Court ordered Petitioner to show cause in writing on or before September 7, 2026, why it should not dismiss this case without prejudice for the failure to serve Respondents within the time limits imposed by Fed. R. Civ. P. 4(m). *See* ECF No. 3. To date, Petitioner has filed no response to the Court order. Accordingly, the Court hereby **DISMISSES** this case without prejudice under Rule 4(m).

**IT IS SO ORDERED this 18th day of September 2026.**

Jason Pulliam

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**